UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

UNITED STATES OF AMERICA

: 25-CR-296 (KMK)

-against- : ORDER

KENNETH SLIZEWSKI

Defendant

-------------------------------------X

Honorable Kenneth M. Karas, United States District Judge:

It is hereby ORDERED that Kenneth Slizewski's bail conditions are modified to include location monitoring and home detention while the violation of supervised release remains pending. Specifically, Slizewski is subject to:

Home Detention: You are restricted to your residence at all times except for employment, religious services, medical, substance use disorder, or mental health treatment, attorney visits, Court appearances, Court-ordered obligations, or other activities as preapproved by the officer, including pre-scheduled times to walk any pets.

The specific technology will be determined by the U.S. Probation Office.

You must abide by all technology requirements and must pay all or part of the costs of participation in the location monitoring program as directed by the Court and the Probation Officer.

Dated: White Plains, New York
September 23, 2026

SO ORDERED:

Honorable Kenneth M. Karas
United States District Judge